ANTHONY RUGGIERO, Appellant, v. LIBERTY MUTUAL INSURANCE COMPANY et al., Respondents.

Argued November 15, 1948; decided December 2, 1948.

*Thomas O'Rourke Gallagher* for appellant.

*John J. Stewart, Thomas O. Perrella* and *John P. Smith* for Liberty Mutual Insurance Company, respondent.

*Edgar R. Kraetzer, William W. Van Zandt* and *Reginald V. Spell* for Hartford Accident & Indemnity Company and another, respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.